```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


SCOTT N. JOHNSON,                    CIV. NO. 06-860 DFL  KJM

         Plaintiff,

    v.                               ORDER RE DISPOSITION AFTER
                                     NOTIFICATION OF SETTLEMENT
LAWRENCE H. CASSIDY; and
DOES 1-10, inclusive,

         Defendants.
_____/
```

The court has been advised by plaintiff's counsel, Scott N. Johnson, Esq., that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than January 2, 2007; and

//

//

1

```
 1        2.   That all hearing dates previously set in this matter
 2   are vacated.
 3        IT IS SO ORDERED.
 4   Dated:  December 12, 2006
 5
 6                            /s/ David F. Levi
                              DAVID F. LEVI
 7                            United States District Judge
```